UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRAIG E. SANDERSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CAVALRY SPV I, LLC,<br><br>　　　　　　Defendant. | NO: 2:15-CV-118-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation of Dismissal, ECF No. 13. Having reviewed the Notice and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, **ECF No. 13**, is **APPROVED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  The District Court Clerk is directed to enter this Order, provide copies to
2  counsel, and **close this case**.
3  **DATED** this 9th day of October 2015.

                                    *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
                             Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2